FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_ DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAROLD GRAFF, | Case No. CV 12-04407 CJC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 20, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_ DEPUTY